**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEAN PATRICK FLORESTAL,

        Plaintiff,

v.                                                      Case No: 6:14-cv-1612-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion for Attorney's Fees, filed pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 24) filed on May 17, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that Defendant has no objection to the relief sought (Id. at 3, ¶10), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 18, 2016 (Doc. 25), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Uncontested Motion for Attorney's Fees, filed pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 24) is **GRANTED**.

3.  Plaintiff is awarded attorney's fees **in the amount of $3,636.19**. Payment is authorized to Plaintiff's counsel if the Department of the Treasury determines that he does not owe a debt to the Government.

**DONE AND ORDERED** in Orlando, Florida on June 9, 2016.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties